# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| OLUSEYI JEREMIAH OLAGOKE ADEBAYO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-152 |
| | * | |
| v. | * | |
| | * | |
| GREENWALT, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Oluseyi Adebayo ("Adebayo") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable with the notation: "Return to Sender: No Longer Here 2/22." Dkt. No. 14, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Adebayo's 28 U.S.C. § 2241 Petition, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Adebayo *in forma pauperis* status on appeal.

**SO ORDERED**, this 9 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA